IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AHLAM TRMANINI, | § § § | |
| *Plaintiff,* | § § | SA-21-CV-00044-JKP |
| vs. | § § § | |
| ROSS STORES, INC., ROSS DRESS FOR LESS #1771, | § § § § | |
| *Defendants.* | § § | |

### ORDER CANCELING HEARING AND COMPELLING ARBITRATION

Before the Court in the above-styled cause of action is the Notice filed by Plaintiff [#59], informing the Court that she has withdrawn her opposition to Defendants' Motion to Compel Arbitration, which is currently set for hearing on January 26, 2022, at 10:30 a.m. Plaintiff requests that the Court cancel the hearing, grant Defendants' motion to compel, and enter an order referring this case to arbitration. The Court will grant the motion to compel and order the parties to arbitration. However, the Court will not dismiss this case, as requested in Defendant's motion to compel, but rather stay this action pending the completion of the arbitration.

**IT IS THEREFORE ORDERED** that the hearing scheduled for January 26, 2022, at 10:30 a.m. is hereby **CANCELED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Compel Arbitration and Dismiss Litigation [# 24] is **GRANTED IN PART** as follows:

- Plaintiff Ahlam Trmanini shall submit her claims asserted against Defendants to **ARBITRATION** in accordance with the Ross Dress for Less, Inc. Texas Injury Benefit Plan and the Ross Dress for Less, Inc. Texas Injury Benefit Plan Summary Plan Description.

**IT IS FURTHER ORDERED** that this case is hereby **STAYED** pending the completion of the arbitration.

**IT IS FINALLY ORDERED** that the parties are directed to file quarterly status updates with the Court as to the status of the arbitration, with the first update due on **April 25, 2022**.

SIGNED this 24th day of January, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE